COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:      Shirley Lenoir, Individually and as personal representative of the
                          Estate of Shana Lenoir and Christopher McKnight , Individually and
                          as next friend of Nayla McKnight v. U.T. Physicians

Appellate case number:    01-14-00767-CV

Trial court case number:  2012-35806

Trial court:              164th District Court of Harris County

Date motion filed:        May 17, 2016

Party filing motion:      U.T. Physicians

It is ordered that the motion for en banc reconsideration is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Harvey Brown
                   ☐ Acting Individually ☒ Acting for the Court

Panel consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Massengale, Brown, Huddle, and Lloyd.

Justice Bland, not sitting.

Date: June 23, 2016